## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RYAN NICHOLAS HAYNES,**

    **Petitioner,**

v.            **Case No. 3:25-cv-00125-SPM**

**THOMAS LILLARD,**

    **Respondent.**

## <u>JUDGMENT IN A CIVIL ACTION</u>

**DECISION BY THE COURT.**

  **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on April 4, 2025 (Doc. 8), this action is **DISMISSED without prejudice**.

  **DATED:  April 4, 2025**

         **MONICA A. STUMP,**
         **Clerk of Court**

         **By:  <u>s/ *Jackie Muckensturm*   </u>**
           **Deputy Clerk**

**APPROVED: <u>s/ *Stephen P. McGlynn*</u>**
    **STEPHEN P. McGLYNN**
    **U.S. District Judge**